UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: ) | |
| ) | |
| PAUL ADAM WEXLER and ) | Bankruptcy Case No. 03-27669 SBB |
| JENINE RENEE WEXLER, ) | Chapter 7 |
| Debtors. ) | |
| ) | |
| ) | |
| GEOFFREY J. PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No. 03-2099 EEB |
| ) | |
| PAUL ADAM WEXLER, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

This matter comes before the Court on Plaintiff's Notice of Computation of Amount Requested and Motion for Attorneys Fees and Costs (the "Motion") filed on June 14, 2004.

In accordance with the Order Re Notice of Default Judgment Against Defendant Paul A. Wexler and Verified Motion for Entry of Judgment issued by this Court concurrently herewith,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant for the full amount of the debt including all costs of collection and attorneys fees as set forth in the Motion, and the judgment is nondischargeable.

Dated this 18 day of June, 2004.

FOR THE COURT:
Bradford L. Bolton, Clerk

By: _____
Deputy

APPROVED AND ACCEPTED:

By: _____
Elizabeth E. Brown
U.S. Bankruptcy Judge